# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KYM R. SECRIST,

    Plaintiff(s),

v.

RICHLAND HOLDINGS, et al.,

    Defendant(s).

Case No.: 2:19-cv-00891-JAD-NJK

**Order**

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c) (amended effective May 1, 2016). Plaintiff failed to file a certificate of interested parties. Accordingly, Plaintiff must file a certificate of interested parties no later than June 3, 2019.

IT IS SO ORDERED.

Dated: May 29, 2019

                                            Nancy J. Koppe
                                            United States Magistrate Judge