Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KYM R. SECRIST, an individual;<br><br>Plaintiff,<br><br>v.<br><br>RICHLAND HOLDINGS, INC. dba ACCTCORP OF SOUTHERN NEVADA, a domestic corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation;<br><br>Defendants. | Case No.: 2:19-cv-00891-JAD-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE**<br><br>ECF No. 15 |

Plaintiff, Kym R. Secrist ("Plaintiff"), and Defendant, Experian Information Solutions, Inc. ("Experian") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, Plaintiff and Experian, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to Experian, with Plaintiff and Experian bearing their own

///
///
///
///
///
///
///

attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: October 28, 2019

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: October 28, 2019

**NAYLOR & BRASTER**

*/s/ Andrew Sharples*
Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
jbraster@nblawnv.com
asharples@nblawnv.com
*Attorneys for Defendant
Experian Information Solutions, Inc.*

## ORDER

Based on the parties' stipulation **[ECF No. 15]** and good cause appearing, and because the dismissal of the claims against Experian leaves no claims or defendants remaining, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 29, 2019